# EXHIBIT C

**Subject:** Campus Bible Fellowship Constitution
**Date:** Tue, 26 Aug 2025 11:28:12 -0400
**From:** Nick Kocieniewski <kocieniewskinm@sunybroome.edu>
**To:** Thomas Jahn <jahnt@sunybroome.edu>
**CC:** Scott Kane <kanes1@sunybroome.edu>

Thomas,

I am reaching out after reviewing the constitution submitted with the Campus Bible Fellowship re-registration. As written, the constitution conflicts with the policies outlined in the Club Handbook.

Clubs on campus are required to have open access, as stated in Section 2.2 of the Club Handbook:

*"Clubs may not discriminate against any student for membership or executive board positions in any way. This includes, but is not limited to, discrimination on the basis of race, color, ethnicity, religion, citizenship status, sex, gender, gender identity, gender expression, sexual orientation, veteran status, physical or mental disability, or age. Any student who pays the Student Activity Fee must be eligible for membership. Any student who pays the Student Activity Fee and has the minimum GPA outlined in this handbook must be eligible for an executive board position."*

The CBF constitution, as submitted, does not meet this requirement in the following sections:

1. Article III, Sections 2, 3, and 5
2. Article IV, Sections 1, 2, 4, 5, 6, 8, and 9

We recognize that Campus Bible Fellowship is an Evangelical Christian student organization, and the purpose of the club, as stated in the constitution, is fully acceptable. The Statement of Faith is not under review. However, requiring agreement with the Statement of Faith as a condition for voting privileges or eligibility for leadership positions is not permitted under the Club Handbook.

Please revise your constitution to comply with the non-discrimination policies so the club can maintain institutional recognition and access to Student Activities resources. If you would like any assistance with the revisions, please do not hesitate to contact me.

Best regards,
Dr. Nick Kocieniewski
Director of Student Activities

**Nick Kocieniewski, Ph.D.**
(Koh-CHIN-ess-key)
***(he/him/his)***
**Director of Student Activities**
**SUNY Broome Community College**
**The Commons Room 108B**
***(607)778-5380 (office)***
www.sunybroome.edu

Are you in crisis, experiencing emotional distress, or worried about someone you know?
Call or text 988 or chat at 988lifeline.org/chat 24 hours a day, 7 days a week.