# EXHIBIT D

# Campus Bible Fellowship at SUNY Broome Community College Constitution

Last revised: April 21, 2026.

### Preamble

Campus Bible Fellowship is an evangelical Christian student fellowship organized and led by students at SUNY Broome Community College (College) to:

1. Promote understanding of the historical Christian faith through Bible study, prayer, discussion, counseling, and fellowship.
2. Make Christianity evident by applying it to personal and community living.
3. Examine modern ideologies and ways of thinking in light of Scripture.
4. Promote investigations of and discussions about the teachings and doctrines in our statement of faith in Article X.

### Article I: Organization Name

The name of this organization shall be Campus Bible Fellowship (CBF). CBF is a chartered group of Campus Bible Fellowship, a ministry of Baptist Mid-Missions.

### Article II: Purposes of the Organization

**Section 1:** *Purpose.*

The Organization will be guided by the following purposes:

As a group of Bible-believing Christians, we seek to share, proclaim, defend, teach, and live out our religious beliefs, based on a traditional, dispensational view of the Bible, as summarized in our statement of faith in Article X. We desire to promote these truths and doctrines through weekly Bible studies, outreach, service, and social events. Therefore, we exist to provide a safe environment for all students, faculty, and staff to learn about, explore, and discuss these truths. We strive to provide an enjoyable, healthy environment for Christians to come and grow in their relationship with Jesus Christ and with each other.

**Section 2:** *Objectives.*

To this end, the Organization shall have as its objectives:

(a) Expressing the Good News of Jesus Christ, as set forth in the Holy Bible.

(b) Empowering students to grow deeper in the knowledge of and love for Jesus Christ, and enabling them to share effectively that knowledge and love with others by building relationships and promoting Christian discipleship.

(c) Engaging the entire campus by serving as a catalyst for Christian discussions and Bible studies at the College. Students will meet regularly to discuss culturally relevant issues related to history, science, philosophy, and theology and explore how they pertain to a Biblical worldview and the truth of Christianity.

(d) Encouraging, through campus-wide events, all students and faculty to interact with Christian thinkers on an objective, intellectual basis.

## Article III: Membership.

**Section 1:** *General Membership.*

General members are individuals who participate in events and activities but do not take on any responsibility for spiritual leadership or discipleship on the part of the Organization. General members are not required to affirm the statement of faith. All CBF meetings and activities are open to students, faculty, and staff at the College. Any student at the College who desires to participate in CBF's meetings and activities may become a general member.

**Section 2:** *Voting Membership.*

Voting members of this Organization function as the first level of spiritual leadership for the group. Their role is similar in scope and responsibility to a board of elders in a church. The voting members are responsible for upholding, teaching, and leading all members in the spiritual truths embodied in the Organization's statement of faith and the Bible. Voting membership is open to all students at the College who affirm in writing their agreement with and adherence to the Organization's purpose, objectives, and statement of faith as outlined in Articles II and X. All voting members shall subscribe without reservation to Article X as our understanding of the Scriptures and must have attended at least six regular weekly meetings during a semester (apart from social meetings). Members who have been absent from six consecutive weekly meetings may be dropped from voting membership. Voting privileges may be restored by attendance at three consecutive regular weekly meetings. Voting members are entitled to certain privileges, including, but not limited to, leading prayer, Bible studies, and worship at club meetings and activities. In addition, they must be in good standing with the College's *Student Code of Conduct*.

**Section 3:** *Ongoing Faith Requirements.*

Voting members who renounce any portion of the Organization's purpose, objectives, or Statement of Faith in Articles II and X by word or deed may be dropped from the voting membership roster by a two-thirds vote upon the recommendation of the full Executive Board. By recommendation of the full Executive Board and a two-thirds vote, reinstatement to the voting membership may be made if the individual is willing to re-affirm in writing his or her agreement with and adherence to the Organization's purpose, objectives, and statement of faith found in Articles II and X.

**Section 4**: *Voluntary Withdrawal.*

Any member of CBF can, at any time, voluntarily withdraw his or her membership from this Organization.

**Section 5**: *Nondiscrimination.*

This Organization shall not discriminate, or give preference on the basis of race, color, ethnicity, religion, citizenship status, sex, gender, gender identity, gender expression, sexual orientation, veteran status, physical or mental disability, or age. As a religious organization, this Organization retains the right to limit leadership and voting membership positions to students who share its religious beliefs, as detailed in Article III §§ 2–3 and Article IV.

## Article IV: Executive Board

**Section 1**: *Eligibility Requirements.*

The officers outlined in this section shall comprise the Executive Board. They shall be enrolled as students at the College, shall have served as active voting members of this Organization for one semester immediately prior to service as an Officer, and shall be in good standing with CBF and the College. *See* Article III. The officers are the highest level of spiritual leaders for the Organization, responsible for upholding, teaching, and leading all members in the spiritual truths embodied in the Organization's statement of faith and the Bible. Officers must profess a personal relationship with Jesus Christ and must also affirm in writing their agreement with and adherence to the statement of faith in Article X. Only those persons who affirm in writing their agreement with and adherence without reservation to the CBF statement of faith (*i.e.*, Article X) as our understanding of the Scriptures are eligible for leadership positions. Officially, these four officers will be called President, Vice President, Treasurer, and Secretary.

**Section 2:** *Officers as Spiritual Leaders.*

Officers are the spiritual leaders of the Organization. They are responsible for promoting, guiding, and leading the spiritual health of the Organization and its members; for leading others toward Christian maturity; for teaching faithfully the Word of God; and for teaching, inculcating, defending, communicating, and advocating the Organization's Christian beliefs, both to its members and to the rest of the campus community. They are also responsible for ensuring that the Organization is advancing its Christian mission as described in Article II.

**Section 3**: *Multiple Offices.*

One person may not hold the office of President and Treasurer. Otherwise, an officer may hold more than one position. Additional Executive Board positions may be added as needed.

**Section 4**: *The President.*

The President of CBF is a spiritual leader of the Organization and shall be the official representative of this CBF Organization on this campus. The President's primary responsibility is that of living, before the Organization and the world, a life which places Jesus Christ at the center, setting the example for others to follow. The President's duties include, facilitating regular Bible studies, spiritually leading the other students in the group, and teaching the doctrine of the Organization, presiding over regular meetings and planning meetings, and appointing special committees (after consultation with the Executive Board). The President is responsible for all Student Association required duties (*e.g.*, checking Swarm emails) as well as registering the group as required.

**Section 5**: *The Vice President.*

The Vice President of CBF is a spiritual leader of the Organization. The Vice President's primary responsibility is that of living, before the Organization and the world, a life which places Jesus Christ at the center, setting the example for others to follow. The Vice President's duties include, facilitating regular Bible studies, spiritually leading the other students in the group, and teaching the doctrine of the Organization. The Vice President of CBF shall assume the duties outlined in Section 4 when the President is absent or unable to perform his or her duties, and shall be involved

in all organizational activities and promotions.

**Section 6**: *The Treasurer.*

The Treasurer of CBF is a spiritual leader of the Organization. The Treasurer's primary responsibility is that of living, before the Organization and the world, a life which places Jesus Christ at the center, setting the example for others to follow. The Treasurer shall be in charge of all organizational funds.

**Section 7:** *The Secretary.*

The Secretary of CBF is a spiritual leader of the Organization. The Secretary's primary responsibility is that of living, before the Organization and the world, a life which places Jesus Christ at the center, setting the example for others to follow. The Secretary shall keep a record of the minutes of all business meetings and record attendance at all meetings. The Secretary shall be in charge of membership rolls and keeping a journal or scrapbook of the organizational activities (articles, photographs, etc.) and organizational correspondence.

**Section 8:** *Other Officers.*

Any other Organization Officers appointed pursuant to this Article shall have such duties as are assigned to them by the President. These other officers shall likewise be spiritual leaders of the Organization. Whatever other responsibilities they may be assigned, their primary responsibility is that of living, before the Organization and the world, a life which places Jesus Christ at the center, setting the example for others to follow.

**Section 9**: *Executive Board Elections.*

Elections shall be held during the Spring semester and shall require a quorum (*i.e.*, fifty-one percent of voting members). The term of office is one year. Nominations shall be submitted no less than two weeks prior to elections. The Executive Board shall appoint a delegate to collect nominations and facilitate the election. Elections shall be won by a majority or plurality vote. If there is a tie, there will be one runoff election. If the candidates are still tied after the runoff, the election will be decided by a random drawing. Should the need arise to replace one or more of our officers, the Executive Board may call for a special election no sooner than two weeks prior to the election. Should any officer suddenly become unable to perform his or her duties, the Executive Board may appoint an interim officer until an election can take place.

**Section 10**: *Removal of Officers.*

If an Officer fails to maintain College requirements for holding office, he or she shall resign immediately. If it is believed that an Officer is not fulfilling his or her constitutional duties, then a petition requesting his or her removal must be signed by at least half of the voting membership and half of the Officers and presented at a general meeting or special meeting called by the Officers. Then, upon verification of the validity of the petition, by the other Officers in consultation with the President and the Chaplain, and, at least two weeks but no more than four weeks from the date of submission, another meeting shall be held at which the petition will be presented, with both sides having the opportunity to present a case. The President will preside over the removal hearing unless the President is the subject of the hearing in which case the Vice President will preside. After all arguments have been heard, a vote will be taken. The removal of a current Officer requires a two-thirds majority vote of vot-

ing members. Grounds for removal from office include disagreement with or renunciation by word or deed of CBF's purpose or statement of faith (*i.e.*, Article X).

### Article V: Meetings

The Executive Board shall meet as-needed at a time and place determined by the Executive Board. General meetings shall be held regularly at a time and place determined by the Executive Board. Special business meetings may be called as needed by the Executive Board no less than one week in advance. Other meetings (prayer meetings, small group, dorm Bible studies, Ministry Teams, etc.) shall be held as desired. A quorum shall consist of fifty-one percent of voting members unless otherwise specified in the constitution.

### Article VI: Committees

Committees shall be appointed by the Executive Board as needed. There shall be a list of responsibilities formulated for each committee appointed. The committee shall automatically be dissolved when these responsibilities are completed if the committee is temporary. Long-standing committees are also permissible. The committees may be reviewed and replaced at any time at the discretion of the Executive Board.

### Article VII: Grievances

Any member has the right to have grievances, or official statements of complaints against the group, addressed at the next scheduled meeting. However, the student holding said grievance(s) must present the grievance(s) via email to the Executive Board President a minimum of five days before the meeting in which the grievance(s) is (are) to be addressed.

### Article VIII: Position of Evangelical Christian Chaplain

The position of Evangelical Christian Chaplain shall be filled by a qualified candidate upon three-fourths (3/4) majority vote of the membership following referral by the Executive Committee and consultation with the representatives of the national Campus Bible Fellowship. The Chaplain is the official representative of the national Campus Bible Fellowship at the College and must agree with the Organization's purpose, objectives, and statement of faith (*i.e.*, Articles II and X). His service as Chaplain will include being a spiritual advisor and helper to those in Campus Bible Fellowship. The Chaplain is responsible for: promoting the historical Christian faith; counseling students; working with and assisting student officers in developing leadership qualities; leading discussions, Bible studies, and workshops that he deems necessary; and representing the Organization to the University administration and Church leaders in the community. He shall be an *ex officio* member of all Campus Bible Fellowship committees as well as the Executive Board. The Chaplain shall be responsible for obtaining his own financial support.

### Article IX: Amendment & Ratification

This Constitution may be amended by a two-step process. First, there must be two-thirds (2/3) vote of the voting membership. Second, there must be unanimous consent of all the executive officers. Amendments may be proposed by any three voting members or by any executive officer. By-laws may be added by the same process. Articles I, II, and X can only be amended after a prior consultation with representatives of the national Campus Bible Fellowship. The first page of the constitution must

always include the date it was last revised.

## Article X: Statement of Faith

**Section 1:** *Core Doctrines.*

1. *The Holy Scriptures*: We believe the Holy Scriptures of the Old and New Testaments to be the verbally inspired Word of God, the final authority for faith and life, inerrant in the original writing, infallible, and God-breathed. II Tim. 3:16; II Pet. 1:21–22; Mt 5:18; Jn. 16:12–13.
2. *The Godhead*: We believe in one triune God, eternally existing in three persons: Father, Son, and Holy Spirit, co-equal in being, co-identical in nature, co-equal in power and glory, having the same perfections. Deut. 6:4; II Cor. 13:14.
3. *The Person and Work of Christ:*
    a. We believe that the Lord Jesus Christ, the eternal Son of God, became man, without ceasing to be God, having been conceived by the Holy Spirit and born of the virgin Mary, in order that He might reveal God and redeem sinful man. Jn. 1:1, 14; Luke 1:35.
    b. We believe that the Lord Jesus Christ accomplished our personal redemption through His death on the cross as a representative, vicarious, substitutionary sacrifice, and that our justification is made sure by His literal physical resurrection from the dead. Rom. 3:24, 25; I Pet. 1:3–5, 2:24; Eph. 1:7.
    c. We believe that the Lord Jesus Christ ascended to heaven and is now exalted at the right hand of God, where, as our High Priest, He fulfills the ministry of Representative, Intercessor, and Advocate. Acts 1:9–10; Heb. 9:24, 7:25; Rom. 8:34; I Jn. 2:1–2.
    d. We believe in the personal imminent return of our Lord Jesus Christ. Jn. 14:1–3.
4. *The Person and Work of the Holy Spirit:* We believe that the Holy Spirit is a person who convicts the world of sin, of righteousness, and of judgment; and that He is the supernatural agent in regeneration, baptizing all believers into the body of Christ, indwelling and sealing them to the day of redemption. Jn. 16:8–11; II Cor. 3:6; I Cor. 12:12–14; Rom. 8:9; Eph. 1:13–14.
5. *The Sinfulness of Man:* We believe that man was created in the image and likeness of God, but that in Adam's sin the race fell, inherited a sinful nature, and became alienated from God, and that man is himself utterly unable to remedy his lost condition. Gen. 1:26–27: Rom. 3:22–23, 5:12; Eph. 2:1–3, 12.
6. *Salvation:* We believe that salvation is a gift of God brought to man by grace and received by personal faith in the Lord Jesus Christ, whose precious blood was shed on Calvary for the forgiveness of our sins. Eph. 1:7, 2:8–10; Jn. 1:12; I Pet. 1:18–19.
7. *Assurance of Believers:* We believe that it is the privilege of believers to rejoice in the assurance of their salvation through the testimony of God's Word which, however, clearly forbids Christian liberty as an occasion to the flesh. Rom. 13:13–14; Gal. 5:13, 16–26; Titus 2:11–15; I Jn. 5:10–12.
8. *Fellowship of Christians:* We believe in the fellowship of Christians in the Church which embraces Biblical doctrine, worships the true God, obeys the

Lord's commands to baptize and to remember Him in the table of the Lord's supper, exercises discipline, adorns its profession by holiness and love of fellow believers, and proclaims the Christian gospel to the world.

9. *The Eternal State:* We believe in the bodily resurrection of the dead, the believer to everlasting blessedness and joy of the Lord Jesus Christ, and the unbeliever to judgment and everlasting conscious punishment.
10. *Marriage & Sexuality:* We believe that God wonderfully and immutably creates each person as either male or female, and that these two distinct, complementary sexes together reflect the image and nature of God. Gen. 1:26–27. We believe that God created marriage to be exclusively the union of one man and one woman, and that intimate sexual activity is to occur exclusively within that union. Gen. 2:18–25; 1 Cor. 6:18, 7:2; Heb. 13:4.

**Section 2:** *Final Authority for Matters of Belief and Conduct.*

This statement of faith does not exhaust the extent of our Christian beliefs. The Bible itself, as the inspired and infallible Word of God that speaks with final authority concerning truth, morality, and the proper conduct of mankind, is the authoritative source of all that we believe. For purposes of CBF's faith, doctrine, practice, policy, and discipline, our Executive Board and Chaplain are the Organization's final interpretive authority on the Bible's application.