# EXHIBIT E

**Nick Kocieniewski** Jun 22, 2026, 10:23 AM (2 days

to Scott, me

Hi Jacob,

I have reviewed the constitution you submitted and consulted with Dr. Scott Kane, Dean of Students, regarding its compliance with SUNY Broome policies.

Unfortunately, the constitution, as written, is not in compliance with Section 2.2 of the Club Handbook, and SUNY Broome Policy GA2001.

Article III, Section2 states:
"Voting membership is open to all students at the College who affirm in writing their agreement with and adherence to the Organization's purpose, objectives, and statement of faith as outlined in Articles II and X. All voting members shall subscribe without reservation to Article X as our understanding of the Scriptures and must have attended at least six regular weekly meetings during a semester (apart from social meetings)."

While student organizations are free to express and promote their religious beliefs and mission, recognized student clubs may not restrict membership or voting privileges based on a student's religious beliefs or require adherence to a statement of faith as a condition of participation. Any student who pays the Student Activity Fee must be eligible for membership and participation in club governance.

Please review the Club Handbook and revise the constitution to bring it into compliance with SUNY Broome policies. While the handbook is currently under review for the upcoming academic year, the Open Access and Non-Discrimination provisions will remain in effect.

If you would like assistance revising the constitution, I would be happy to work with you on language that preserves the organization's religious mission while complying with college policy.

Please let me know if you have any questions.

Best,
Dr. Kocieniewski