# EXHIBIT F

CONSTITUTION OF LOVE YOU LIKE A SISTER (LYLAS) OF
SUNY BROOME COMMUNITY COLLEGE

**Preamble**

There is nothing like the Love of your sister. Whether by blood or friendship the strength of a sisterhood is more powerful than anyone can ever imagine. To be a LYLAS…is to laugh, cry, celebrate, challenge, and support your sister. Women think differently, act differently and solve problems differently from most men. We rely on one another to solve everything from the world's challenges to those near and dear to us. Sometimes forgetting ourselves… that is why the Love of Your Sister is so important. The organization's purpose is to support the community and the sisterhood within it.

**Article I - Name**

This organization shall be known as the LYLAS (Love You Like A Sister) of SUNY Broome Community College and is subject to the provisions of this Constitution and its rules and regulations.

**Article II- Love You Like A Sister Membership Requirements**

**Section I - Membership**

A. Lylas shall consist of five executive officers

a. President
b. Vice President
c. Treasurer
d. Secretary
e. Right Hand Woman

B. All aspirants must be students at SUNY Broome Community College actively pursuing a degree and/or certificate.

**Section II – Responsibilities of LYLAS**

**A. To serve as a sisterhood;**
**B. Maintain respect for people of all backgrounds, ethnicities, nationalities, religions, etc.**
**C. To fulfill the respective duties and requirements of LYLAS;**
**D. Represent LYLAS to the community in a respectful manner at all times;**
**E. Attempt to participate in all LYLAS-sponsored events;**

**F. Engage in events that promote the general welfare of the community and support the sisterhood;**

**G. Assist and advise their successor in office when possible.**

**<u>Article III- Executive Board's Duties and Responsibilities</u>**

**Section I - General Responsibilities of All Executive Board Members**

It shall be the duty of all Executive Board Members to:

A. Attend all scheduled LYLAS meetings including but not limited to general LYLAS meetings and executive board meetings;

B. Shall manage and oversee conduct and behavior, address complaints, and ensure professionalism in settings;

C. Maintain appropriate portions of the LYLAS pages on The Swarm;

D. Maintain contact with LYLAS executive board and members;

E. Represent LYLAS to the community in a respectful manner at all times;

F. Attempt to participate in all LYLAS-sponsored events;

G. Engage in events that promote the general welfare of the community and support the sisterhood.

**Section II - Duties of the President**

It shall be the duty of the President to:

A. Act as a Chairperson of LYLAS and assume the responsibility for the preparation of all necessary written material for each LYLAS meeting (Agenda, proposals, etc.);

B. Work in conjunction with the Executive Board in all matters up to but not limited to Budget, Personnel, Events, Community Functions, and Student Concerns;

C. Confirm each LYLAS member is carrying out their duties and offer feedback for the performance of all Executive Board members.

**Section III - Duties of the Vice President**

It shall be the duty of the Vice President to:

A. Act as a Chairperson of LYLAS and assume the responsibility for the preparation of events when needed;

B. Work in conjunction with the Executive Board in all matters up to but not limited to Budget, Personnel, Events, Community Functions, and Student Concerns;

C. To be in contact with other members of LYLAS when needed and to help when asked;
D. To make flyers for events LYLAS will be hosting or planning;
E. To perform duties for the president when the president isn't able to.

**Section IV - Duties of the Treasurer**

It shall be the duty of the Treasurer to:

A. To manage funds of the LYLAS club;
B. To be controlling of buying products for events involving the community;
C. To be in communication with the director of the student activities department;
D. Report the financial status to the Executive Board and general group at least monthly.

**Section V - Duties of the Secretary**

It shall be the duty of the Secretary to:

A. Take and distribute minutes from all official LYLAS and Executive Board meetings;
B. Maintain organization of all shared LYLAS documents;
C. Schedule meetings for LYLAS Executive Board and meetings with the LYLAS President;
D. Assist the President in the production of the agenda and all other written materials;
E. Take and maintain attendance records for all LYLAS meetings.

**Section VI - Duties of the Right-Hand Woman**

It shall be the duty of the Right-Hand Woman to:

A. To serve as a substitute for any LYLAS executive member who is absent;
   a. To assume all roles and duties of the absent executive member.

**Section VII – Planning Responsibilities**

The five executive officers of the board of LYLAS shall make reasonable attempts to meet every week to generate a tentative agenda and schedule for routine projects (fundraising, discussing any necessary policies, goals for the semester, etc.).

**Article IV - Attendance**

LYLAS Members are not required to be in full attendance. If a meeting is missed, a LYLAS member will have access to meeting minutes which will go into detail about what occurred in the

meeting. Regarding Executive board members, however, no more than three absences per semester will be accepted without written notice at least twenty-four hours in advance of the meeting missed. The President shall consider extenuating circumstances as a valid reason for failure to make notification in advance and shall consider each case separately. More than three absences without notice shall result in immediate suspension of all rights and privileges held.

## Article V – Suspension and Reinstatement of Members

### Procedure

A. Suspension consists of the abdication of all rights, duties, and privileges of the suspended individual's position as outlined by this Constitution;

B. Suspension may be issued by a majority vote of all the LYLAS members, including the President;

C. The candidate nominated for suspension will not be allowed to vote, regardless of position;

D. LYLAS is required to give written notice of suspension within three business days after the suspension has occurred;

E. Suspended membership shall be reconsidered upon petition to LYLAS. If the petition is accepted by a majority vote of LYLAS, membership and the rights thereof shall be renewed;

F. Petitions for reinstatement must be submitted to and received by LYLAS within seven (7) calendar days from the date of the suspension;

G. Three (3) absences without notice will result in the suspension of the LYLAS member. The LYLAS President may take extenuating circumstances into account.

## Article VI – Alterations to Love You Like A Sister (LYLAS) Constitution

### Section I – Amendments

Any student may submit any proposed amendment to this Constitution to the Executive Board for review. The proposed amendment may be brought forward to the LYLAS meeting at the discretion of the Executive Board and would become effective if approved by the majority of LYLAS members.

### Section II -- Multiple Synchronistic Amendments

If several amendments are proposed at the same time or in succession during a short time, multiple amendments may be voted upon in a single omnibus vote.

## Article VII – Severability

### Limitations

The Love You Like A Sister (LYLAS) Constitution shall not be contrary to college policy, local, New York State, and Federal Law.