# EXHIBIT G

# SUNY Broome Community College
# Club Constitution

## Article 1 – Name and Purpose

**ElevateHer**
The name of this organization shall be the **ElevateHer.**
The purpose of this organization is to:

- Support and empower women pursuing careers in traditionally male-dominated fields such as science, technology, engineering, mathematics, construction, business, and skilled trades.
- Provide a safe and encouraging space for students to share experiences, challenges, and successes.
- Promote mentorship, networking, and professional development opportunities for members.
- Encourage academic excellence, leadership development, and career readiness.
- Educate the campus community about gender equity and representation in professional fields.
- Organize workshops, guest speakers, and community outreach events related to career development and empowerment.

---

## Article 2 – Membership

### Section 1 – Members

-The Club shall be composed of the Executive Board, Committee Members, and Advisor(s).

-The Executive Board shall consist, in order of succession, of the President, Vice President, Secretary, and Treasurer.

-Membership is open to all SUNY Broome students who support the mission and purpose of the organization.

-Members are encouraged to actively participate in meetings, discussions, events, and community initiatives related to the goals of the club.

-Active membership is maintained by attending weekly meetings with only 3 unexcused absences. They must notify absence to any executive committee member.

-All members must participate in 1 fundraising activity per semester

---

### Section 2 – Membership Responsibilities

In order to support the purpose of this organization, members must adhere to the following standards:

a. All members must be hold a 2.5 GPA
b. Members must understand and follow the club's constitution, by-laws, and any governing documents.
c. Members must maintain professionalism and respect toward all members and represent the club in a positive manner.

---

## Article 3 – Officers and Their Duties

### Section 1 – Officers

The organization's Executive Board shall consist of:

- President
- Vice President
- Secretary
- Treasurer

All officers must maintain satisfactory academic standing with a **minimum cumulative GPA of 2.50**.

---

### Section 2 – Duties of Officers

For club-run events, at least one officer must volunteer to coordinate planning and organize member participation.

**President**

- Presides over all club meetings and leads the organization in achieving its mission.
- Works with officers and advisors to plan events, programs, and initiatives.
- Represents the organization at campus events and official functions.

**Vice President**

- Assists the President and presides over meetings in the President's absence.
- Supports member engagement, recruitment, and retention.

- Helps coordinate programming related to professional development.

**Secretary**

- Records and maintains meeting minutes and attendance records.
- Manages club communications, announcements, and documentation.

**Treasurer**

- Oversees the club's finances, including the Activity Fee and Earned Income Account.
- Submits purchase requests and ensures all financial activity follows SUNY Broome policies.

---

# Article 4 – Election of Officers

## Section 1 – Election

All officers shall be elected by a **majority vote of the club membership** at the second meeting of the fall semester each academic year.

Candidates for officer positions will be nominated at the first meeting of the fall semester.

Nominations may be made in person at the meeting or in writing to the club advisor(s). Self-nominations are permitted.

All nominees must accept their nomination before the election meeting in order to be considered as candidates.

---

## Section 2 – Resigned or Vacant Officers

If the Presidency becomes vacant, the Vice President shall move into the position of President.

A new Vice President will then be elected by the membership.

If the Vice President declines the Presidency, a general election will be held following a one-week waiting period for nominations and campaigning.

---

## Section 3 – Removal of Officers

All officers are considered student leaders and must follow their responsibilities and the Student Code of Conduct.

Officers who fail to fulfill their duties or behave in a way that negatively represents the organization may be removed from office by a **two-thirds vote of active members** or by decision of the Director of Student Activities in extreme circumstances.

Officers may not miss more than **10% of meetings per semester** or **three consecutive meetings** without an advisor-approved excuse.

---

### Section 4 – Resignation

Officers wishing to resign must notify the advisor(s) by email.

An officer may also be considered resigned if they remain inactive for more than **two weeks during the academic semester** without communication or participation.

---

## Article 5 – Finances

The organization's yearly stipend and any earned income will be used in accordance with **SUNY Broome Community College financial policies**.

All expenditures must be approved by the Treasurer and advisor(s).

Funds may be used for educational programming, events, workshops, guest speakers, and activities that support the club's mission.

---

## Article 6 – Constitutional Review

### Section 1 – Frequency of Review

The organization's constitution shall be reviewed by the membership **once per academic semester,** or when requested by the Student Government Association.

---

### Section 2 – Constitutional Amendments

When a proposed amendment is presented to the organization, at least **one week must pass** before a vote may occur.

A **two-thirds (2/3) majority vote** of the membership is required to approve any constitutional amendment.