# EXHIBIT
# F

**Kocieniewski, Nicholas <kocieniewskinm@sunybroome.edu>**

# Campus Bible Fellowship Constitution

**Thomas M. Jahn** <jahnt@sunybroome.edu> Fri, Sep 5, 2025 at 3:45 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>
Cc: Scott Kane <kanes1@sunybroome.edu>

Nick,

Thank you for letting us know about the constitution that we submitted with the Campus Bible Fellowship re-registration. We are in the process of assessing the information you provided and are revising the constitution, and we hope to have the new edition to you in the near future.

Meanwhile, another issue has come up, and we were hoping you could help us with it. We are supposed to meet on Monday, September 8, but our request to reserve a room has not yet been approved. We are concerned this might be related to the constitution issue you brought to our attention. As we are in the process of revising things, is there any way you could get this reservation request approved?

Sincerely,
Thomas Jahn
Advisor for CBF

[Quoted text hidden]