# EXHIBIT G

SUNY BROOME

**Kocieniewski, Nicholas <kocieniewskinm@sunybroome.edu>**

# Club Registration Problems

11 messages

**Seachrist, Jacob** <seachristjh@acad.sunybroome.edu> Thu, Apr 30, 2026 at 12:58 PM
To: "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Hello Nick,

This is Jacob Seachrist. I am currently trying to register Campus Bible Fellowship as a student club since we were not able to re-register as a club for this semester. I was about to finish the organization profile, but I was unable to move forward because the system indicated that our organizational website and name were already in use. If you could offer some assistance in helping me get past this problem, it would be greatly appreciated.

Thank you for your time and assistance.

- Jacob Seachrist

---

**Seachrist, Jacob** <seachristjh@acad.sunybroome.edu> Tue, May 5, 2026 at 5:29 PM
To: "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Hello Nick.

I hope this email finds you well. I just wanted to follow up on my recent email about my club registration issues. If you could offer some assistance, I would really appreciate it.

Thank you for your time.

-Jacob Seachrist
[Quoted text hidden]

---

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Wed, May 6, 2026 at 8:30 AM
To: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>

Hi Jacob,

Thanks for reaching out. At this moment, there is no need for the Campus Bible Fellowship to be resubmitted as a new club. The club is currently in Inactive status, and as noted in the Club Handbook section 11.3, we can work together for this club to return back to Active status.

Would you please send me the constitution you would like to use for the club?

Thanks,
Dr. Kocieniewski
[Quoted text hidden]

---

**Seachrist, Jacob** <seachristjh@acad.sunybroome.edu> Wed, May 27, 2026 at 6:11 PM
To: jacobseachrist@gmail.com, "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Hello Nick,

I was just wondering if there has been any progress on reviewing CBF's constitution. If there is anything I can do to help move things along, please let me know.

Thank you for your help.

- Jacob Seachrist

On Wed, May 27, 2026 at 6:09 PM Seachrist, Jacob <seachristjh@acad.sunybroome.edu> wrote:

> Hello Nick,

I was just wondering if there has been any progress on reviewing CBF's constitution. If there is anything I can do to help move things along, please let me know.

Thank you for your help.

- Jacob Seachrist

On Thu, May 7, 2026 at 9:06 PM Seachrist, Jacob <seachristjh@acad.sunybroome.edu> wrote:

Hello Nick,

Thankyou for clarifying the status of CBF for me. I have our constitution ready for review and attached below.

I look forward to hearing back from you soon!

-Jacob Seachrist

On Wed, May 6, 2026 at 2:08 PM Seachrist, Jacob <seachristjh@acad.sunybroome.edu> wrote:

[Quoted text hidden]

---

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Thu, May 28, 2026 at 11:28 AM
To: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>

Hi Jacob,

Thanks for following up. Although I see your response as part of the email thread, I don't have the email with the constitution in my inbox. Would you please send that to me? I will confirm when I receive it and review it as quickly as possible.

Best,
Dr. Nick
[Quoted text hidden]

---

**Jacob Seachrist** <jacobseachrist@gmail.com> Sun, May 31, 2026 at 1:59 PM
To: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>
Cc: "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Nick sent this back to my response

------------------------------------------------------------------------------------------------------------------------------------

**Nick Kocieniewski** May 28, 2026, 11:29 AM (3 days ago)
to me

Hi Jacob,

Thanks for following up. Although I see your response as part of the email thread, I don't have the email with the constitution in my inbox. Would you please send that to me? I will confirm when I receive it and review it as quickly as possible.

Best,
Dr. Nick

------------------------------------------------------------------------------------------------------------------------------------

[Quoted text hidden]

---

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Mon, Jun 1, 2026 at 8:45 AM

To: Jacob Seachrist <jacobseachrist@gmail.com>
Cc: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>

Hi Jacob,

Just following up, I do not have a copy of the constitution. Also, please note that with the SUNY Broome gmail system, if you send an email from a personal gmail account it likely will be flagged as spam/phishing. Since the account will have the same name associated with it of Jacob Seachrist, the system will see a personal gmail account as potential fraud and block it. I would always recommend to use your SUNY Broome email when communicating with faculty and staff on campus.

Please send the constitution to me at your earliest convenience for me to review, we can get the CBF back to active status for fall 2026 if it is compliant with the Club Handbook.

Best,
Dr. Nick Kocieniewski
[Quoted text hidden]

---

**Seachrist, Jacob** <seachristjh@acad.sunybroome.edu> Mon, Jun 1, 2026 at 8:00 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>

Hello Nick!

Sorry for the mistake. The constitution is attached below.

Thank you for reviewing our constitution.
[Quoted text hidden]

**2026.04.21 Campus Bible Fellowship Constitution (1) (1) (1) (1).pdf**
126K

---

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Thu, Jun 4, 2026 at 12:15 PM
To: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>

Hi Jacob,

I have received the constitution and will review it soon. I expect to review it on or before Tuesday of next week, as I will be away for a conference Wednesday-Friday of next week.

Best,
Dr. Nick
[Quoted text hidden]

---

**Seachrist, Jacob** <seachristjh@acad.sunybroome.edu> Thu, Jun 18, 2026 at 7:16 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>

Hello Nick!

I was just wondering if you have had a chance to review the constitution that you received on June 4th.

Thank you for your continued support in the process of becoming a club.

-Jacob Seachrist

[Quoted text hidden]

---

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Mon, Jun 22, 2026 at 10:23 AM
To: "Seachrist, Jacob" <seachristjh@acad.sunybroome.edu>
Cc: Scott Kane <kanes1@sunybroome.edu>

Hi Jacob,

I have reviewed the constitution you submitted and consulted with Dr. Scott Kane, Dean of Students, regarding its compliance with SUNY Broome policies.

Unfortunately, the constitution, as written, is not in compliance with Section 2.2 of the Club Handbook, and SUNY Broome Policy GA2001.

Article III, Section2 states:
"Voting membership is open to all students at the College who affirm in writing their agreement with and adherence to the Organization's purpose, objectives, and statement of faith as outlined in Articles II and X. All voting members shall subscribe without reservation to Article X as our understanding of the Scriptures and must have attended at least six regular weekly meetings during a semester (apart from social meetings)."

While student organizations are free to express and promote their religious beliefs and mission, recognized student clubs may not restrict membership or voting privileges based on a student's religious beliefs or require adherence to a statement of faith as a condition of participation. Any student who pays the Student Activity Fee must be eligible for membership and participation in club governance.

Please review the Club Handbook and revise the constitution to bring it into compliance with SUNY Broome policies. While the handbook is currently under review for the upcoming academic year, the Open Access and Non-Discrimination provisions will remain in effect.

If you would like assistance revising the constitution, I would be happy to work with you on language that preserves the organization's religious mission while complying with college policy.

Please let me know if you have any questions.

Best,
Dr. Kocieniewski
[Quoted text hidden]