# EXHIBIT
# I

# Constitution and bylaws of BASIC

We, the Membership of Brothers and Sisters in Christ, in order to foster the long-term function of this organization, do hereby establish this Constitution and Bylaws.

**Article I: Name**

I. This organization shall be known as Brothers and Sisters in Christ or BASIC for short.

**Article II: Mission**

I. The mission of this organization is to provide a Christian fellowship for a diverse group of students and help students develop a living, growing, relationship with Christ through Biblical teaching on salvation through Christ's death and resurrection, the Baptism of the Holy Spirit, prayer, and worship; building a bridge to local churches; and providing a nurturing fellowship where students can exercise their faith and practice leadership skills.

**Article III: Membership**

I. Eligibility
   A. Membership shall be open to all currently registered students at SUNY Broome.

II. Active Membership
   A. Active members shall be those students who attend 60 percent of the meetings, and shall have the privilege of voice, vote, and holding of office.

III. General Provisions
   A. Any form of hazing or other physical or mental abuse; or harassment and discrimination of membership on the basis of race, color, national or ethnic origin, religion, sex, sexual orientation, gender identity, marital status, disability, genetic predisposition or carrier status, citizenship, military or veteran status or any other basis is prohibited.

**Article IV: Officers**

I. Eligibility
   A. All Officers shall be Active Members and in good academic standing.

II. Positions
   A. The Officer Positions shall be...
      1. President
      2. Vice-President

3. Secretary
4. Treasurer

III. Duties of the Officers

A. President.

1. Shall preside over all meetings.
2. Shall counsel club officers of their duties and responsibilities.
3. Shall represent the club in all dealings with the College; and, shall have the right to appoint members as representatives, so long as a full leadership consensus has been provided.
4. Shall consult with the Faculty Advisor on the progress of the club's activities.
5. May also decide to establish special committees that members can participate in, such as marketing or event planning.

B. Vice-President

1. Shall preside over all meetings in absence of the President.
2. Shall act as consultant and assistant to the President.
3. Shall assume temporary duties of the President in his/her absence.

C. Secretary

1. Shall preside over all meetings in the absence of the President and Vice-President.
2. Shall keep accurate minutes of all leadership meetings.
3. Shall assist the President in handling all club correspondence outside the organization.
4. Shall keep attendance records from each meeting to have a tally of all active members.
5. Shall be responsible for providing a copy of the leadership meeting minutes to all members, Faculty Advisor, and Assistant Director of Clubs and Organizations upon request.

D. Treasurer

1. Shall keep an accurate account of the club's finances.

2. Shall be responsible for submitting the finance requests and attending finance committee meetings as necessary.

IV. Other Officers

A. The membership may elect Other Officers as needed.

B. Such Positions may include but are not limited to a Worship Director.

C. Officers in this section shall be subject to the same rules as any other officer in this Constitution and Bylaws.

D. If there are any vacancies with an officer in this section a new election shall not be held unless called by the President.

**Article V: Election and Terms**

I. Officer Terms

A. Shall hold office for one academic semester unless by resolution the Membership extends the term to the end of the academic year.

B. Officers-Elect start their term on the last day of the outgoing semester.

II. Election Date

A. Elections for Officers shall be held in the last month of the academic semester unless the above in Section I, Clause A is invoked.

III. Voting

A. To be elected, it is necessary for a member to be nominated, and seconded, and thereupon receive a majority approval of those members present and voting.

B. All voting for elections shall be by secret ballot and an officer may only hold one office at a time.

IV. Vacancies

A. If there are any vacancies in office, with the exception of the President, new elections shall be held at the publicized meeting to fill in the vacancies.

1. In the case of the Presidency, the Vice-President shall succeed and an election will be held for the position of the Vice-President.

a) However, the Vice President may choose to remain Vice President if he or she chooses.

(1) In this case, a new election for the President shall be held.

**Article VI: Impeachment**

I. Any officer may be removed from his or her position due to negligence of duty, inefficiency of office, or any other action that has been deemed detrimental to the name or purpose of this organization.
   A. The officer must be presented with the reason for his or her impeachment and be given the opportunity to respond to any accusations.

II. Officers can only be removed from office by a two-thirds vote of the membership present and voting.

III. Such an officer waives his right to defense if he or she does not attend his or her impeachment hearings.

**Article VII: Faculty Advisors**

I. There shall always be at least one Faculty Advisor who shall be a member of the faculty or staff and shall serve in an advisory.

II. Capacity.
   A. Shall assist the organization in the planning of programs and activities.
   B. Shall assist in the formulation of the club's budget.

III. Advisor has no voting rights but has veto power for events or activities that directly violate College policy.

IV. The advisor may be removed if all officers agree and a replacement can be found.

**Article VIII: Finances**

I. Budget
   A. The elected treasurer will be responsible for handling the budget.

II. Revenue
   A. The club may raise revenues through the following means:
      1. Fundraising activities where goods or services are exchanged.
      2. Private donations.
      3. Freewill offerings.
      4. Applying for school funds available to student groups.

**Article IX: Amendments**

I. The constitution may be amended by a two-thirds vote of the voting membership.

**Article X: Ratification**

I. This Constitution and Bylaws shall become effective immediately upon acceptance and approval by a two-thirds vote of the members and its submission to the Student Activities Office.