# EXHIBIT
# J

# SUNY Broome Community College

# MUSLIM STUDENT ASSOCIATION CONSTITUTION

Article 1 – Name and Purpose

The name of this organisation shall be the “Muslim Student Association”. This club may also be referred to as “M.S.A” colloquially.

The organization's purpose is to:

- To foster a communal environment for Muslim students at SUNY Broome and for them to be able to connect with one another.
- To encourage Muslims and Non-Muslims with the fundamental understanding of humanity, equality, and service to others.
- To have an influential role in the SUNY Broome community.

Article 2 – Membership

Section 1 – Members

The Club shall be comprised of the Executive Board, Committee Members, and Advisor(s).

The Executive Board shall consist, in order of succession, of the President, Vice President, Secretary and Treasure.

Any Student currently enrolled at SUNY Broome is eligible for Committee Member status in the MSA, provided they fulfill the membership requirements set forth by the by-laws.

The advisor(s) will be decided by the members of the MSA.

Section 2 – Membership Responsibilities

In order to support the purpose of this organization, Muslim Student Association members must adhere to the following standards:

a. All members must be in good standing with SUNY Broome
b. All members shall be responsible for comprehending and abiding by the constitution,

by-laws, and all other foundational documents of the Muslim Student Association
c. All members shall maintain professionalism and strive to represent The M.S.A. in the most positive manner possible.
d. All executive members must maintain at least a GPA of 2.40.

Article 3 – Officers and their Duties

Section 1 – Officers

The organization's Executive Board shall consist of a President, a Vice President, Secretary and Treasurer. All officers must maintain satisfactory academic standing (minimum 2.40 accumulative average).

Section 2 – Duties of Officers

For Muslim Student Association run events, at least one officer is to sign up to work and coordinate the volunteer's efforts.

The President shall preside at all organisation meetings and perform various other duties pertinent to the office.

The Vice President shall serve in the temporary absence of the President. The Vice President shall also aid in membership retention, relations, and constitution review.

The Secretary shall keep the minutes of the organization's meetings, maintain attendance records, and carry out all necessary correspondence.

The Treasurer shall keep records of all funds and fundraising efforts. They shall also be responsible for submitting the budget agreed upon by a full leadership consensus for the upcoming year.

Article 4 – Election of Officers

Section 1 – Election

All officers shall be elected by a majority vote of the (51% or more) MSA membership at the second meeting of the semester, at the beginning of each academic year. Candidates for the officer positions will be nominated at the first meeting of the semester. Nominations must be made by MSA members in person, or in writing to the MSA Advisor(s). Self-nominations are allowed. A

nomination must be accepted by the nominee prior to the second meeting of the semester, in order for the candidate to be considered in the election.

Section 2 – Resigned or Vacant Officers

In the event that the Presidency is vacated, the Vice President will move in line of succession to the Presidency, and a new Vice President will be elected by the organization's membership. The Vice President may choose to remain as the Vice President. In the event the Vice President declines, a general election will be held following a one-week waiting period for the purpose of qualification and/or campaign.

Section 3 – Removal of Officer(s)

All officers are considered student leaders and therefore must behave in a manner that complies to their officer responsibility description and Student Code of Conduct. Due to the nature of this club and the high involvement and need for effective student leaders, executive board officers who are not fulfilling their description can be removed from office by a two-thirds vote of all active members, or by direct decision of the Director of Student Activities on extenuating circumstances. Club officers may not miss more than 10% or three consecutive weekly meetings without an advisor-approved excuse.

Article 6 – Finances

Finances will be reviewed and managed by the collaboration of the MSA president and treasurer. The organization's yearly stipend will be spent according to all SUNY Broome policies.

Article 8 – Constitutional Review

Section 1 – Frequency of Review

The organization's constitution shall be reviewed by the membership each academic year, and when necessary upon request of the Student Senate.

Section 2 – Constitutional Amendments

When a proposed amendment to the constitution is presented to the MSA, at least one week must elapse before the proposal can come to vote.

Constitutional amendment requires a two–thirds (2/3) majority vote for the Muslim Student Association's membership.