**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK BINGHAMTON DIVISION**

**CAMPUS BIBLE FELLOWSHIP AT SUNY BROOME COMMUNITY COLLEGE**; **JACOB SEACHRIST**, in his official capacity as President of Campus Bible Fellowship at SUNY Broome Community College,

*Plaintiffs*,

v.

**SUNY BROOME COMMUNITY COLLEGE**; **THE BOARD OF TRUSTEES OF SUNY BROOME COMMUNITY COLLEGE**; **TONY D. HAWKINS**, President of SUNY Broome Community College, in his official and personal capacities; **CAROL ROSS-SCOTT**, Vice President for Student Development and Chief Diversity Officer, in her official and personal capacities; **SCOTT KANE**, Dean of Students, Title IX, in his official and personal capacities; **NICK KOCIENIEWSKI**, Director of Student Activities, in his official and personal capacities,

*Defendants*.

No. 3:26-cv-1678 (MAD/MJK)

**PLAINTIFFS' NOTICE OF EMERGENCY MOTION FOR AN INJUNCTION PENDING APPEAL**

Pursuant to Rules 62(d) and 65(a) of the Federal Rules of Civil Procedure, Local Rule 65.1, and Rule 8(a)(1) of the Federal Rules of Appellate Procedure, Plaintiffs Campus Bible Fellowship at SUNY Broome Community College ("CBF") and Jacob Seachrist, in his official capacity as President of CBF, respectfully move this Court for an injunction pending appeal against Defendants SUNY Broome

Community College, The Board of Trustees of SUNY Broome Community College, Tony D. Hawkins, Carol Ross-Scott, Scott Kane, and Nick Kocieniewski. Plaintiffs move this Court to enjoin Defendants, their agents, officials, employees, and any other person acting on their behalf, until Plaintiffs' interlocutory appeal is fully resolved, from:

1. Enforcing SUNY Broome's student club policies to deny official student club recognition to CBF because CBF requires its leaders (including voting members and officers) to adhere to and affirm a statement of faith;
2. Placing CBF on "inactive status"; and
3. Denying CBF any benefits of official student club recognition.

In support of this motion, Plaintiffs rely on the attached memorandum of law and exhibit attached thereto. Because of the compounding irreparable harm Plaintiffs are suffering, and because the Court has already ruled on Plaintiffs' emergency motion for a preliminary injunction under the same standard that applies to this motion, Plaintiffs respectfully request that the Court set a response deadline for November 16, 2026, and rule on this motion by November 18, 2026.

Dated: November 11, 2026

*s/ Mercer S. Martin*
Mercer S. Martin
Ariz. Bar No. 038138
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
mmartin@ADFlegal.org

Tyson C. Langhofer
Va. Bar No. 95204

ALLIANCE DEFENDING FREEDOM 44180
Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
tlanghofer@ADFlegal.org

*Attorneys for Plaintiffs*